# Order

Michigan Supreme Court
Lansing, Michigan

June 18, 2014

Robert P. Young, Jr.,
Chief Justice

148131

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 148131
                                      COA: 301361
                                      Van Buren CC: 10-017033-FC

EDWARD DEON FOSTER,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the August 8, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 18, 2014


                                          Clerk

h0611